IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ROLANDO GARCES, <br> *Plaintiff* <br><br> v. <br><br> RICHARD MATHENY, SUITE ST. JOHN, <br> *Defendants* | § § § § § § § § § | No. 1:24-cv-00290-DII |

## ORDER

Before the Court is Plaintiff Rolando Garces's complaint, Dkt. 1, and motion to proceed *in forma pauperis*, Dkt. 2. The District Judge referred the matter for disposition pursuant to 28 U.S.C. § 636(b) and Rule 1 of Appendix C of the Local Court Rules of the United States District Court for the Western District of Texas, Local Rules for the Assignment of Duties to United States Magistrate Judges.

The undersigned issued a report and recommendation that recommended service on Defendants Richard Matheny and Suite St. John. Dkt. 5. However, Garces has not provided an address at which either Defendant may be served. On October 23, 2024, Garces received a copy of the undersigned's report and recommendation as well as two blank summons forms. Dkt. 6.

Garces is **HEREBY ORDERED** to fill out the summons forms with addresses at which Defendants may be served and return the forms to the Clerk of Court **on or before December 6, 2024.** If Garces fails to do so, the Court may dismiss this case for failure to prosecute or comply with a court order. *See* Fed. R. Civ. P. 41(b). The

Clerk of Court shall send a copy of this Order to Scott by certified mail, return receipt requested.

    **SIGNED** November 7, 2024.

                                               DUSTIN M. HOWELL
                                               UNITED STATES MAGISTRATE JUDGE