UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ROLANDO GARCES, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | No. 1:24-cv-00290-DAE |
| vs. | § | |
| | § | |
| | § | |
| RICHARD MATHENY, SUITE ST. | § | |
| JOHN, | § | |
| | § | |
| *Defendants*. | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is a Report and Recommendation ("Report") filed by Magistrate Judge Dustin Howell. (Dkt. # 10.) Plaintiff Rolando Garces, who is proceeding *pro se*, has not filed objections. The Court finds this matter suitable for disposition without a hearing. After reviewing the Recommendation and the information contained in the record, the Court **ADOPTS** the Recommendation as the opinion of the Court and **DISMISSES** Plaintiff's claims in their entirety.

BACKGROUND

This case was filed in this Court by Plaintiff Rolando Garces, proceeding *pro se*. (Dkt. # 1.) Pursuant to a standing order, this case was referred to Judge Howell for resolution of Plaintiff's *in forma pauperis* application, as well as a recommendation as to whether the case should be dismissed as frivolous

pursuant to 28 U.S.C. § 1915(e). (Dkt. # 4.) Judge Howell thereafter issued a report and recommendation that recommended service on Defendants Matheny and Suite St. John. (Dkt. # 5.) Judge Howell then further ordered Plaintiff to fill out summons forms with addresses at which Defendants could be served. (Dkt. # 7.) Garces did not respond to this Court Order, and did not provide an address at which either Defendant could be served. In Judge Howell's Order, he warned Plaintiff that failure to comply with the order could result in the dismissal of his case. (Dkt. # 7 at 1.)

Judge Howell then issued the instant Report and Recommendation, recommending that Plaintiff's case be dismissed for failure to prosecute or comply with a court order pursuant to Federal Rule of Civil Procedure 41(b). (Dkt. # 10.) Plaintiff did not file objections and has not filed anything in this case since.

## APPLICABLE LAW

The Court must conduct a de novo review of any of the Magistrate Judge's conclusions to which a party has specifically objected. See 28 U.S.C. § 636(b)(1)(C) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). The objections must specifically identify those findings or recommendations that the party wishes to have the district court consider. Thomas v. Arn, 474 U.S. 140, 151 (1985). A district court need not consider "[f]rivolous,

conclusive, or general objections." Battle v. U.S. Parole Comm'n, 834 F.2d 419, 421 (5th Cir. 1987). "A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C).

Findings to which no specific objections are made do not require de novo review; the Court need only determine whether the Recommendation is clearly erroneous or contrary to law. United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989). Furthermore, conclusory objections that fail to point out with specificity any error in the Magistrate Judge's analysis are not cognizable," and the Court here will not parse through the record to infer exactly what it is Plaintiff's objections are based upon. See Palomo v. Collier, No. 2-23-CV-37, 2024 WL 180852, at *2 (S.D. Tex. Jan. 17, 2024) (citing Fed. R. Civ. P. 72(b)(2); Malacara v. Garber, 353 F.3d 393, 405 (5th Cir. 2003); Edmond v. Collins, 8 F.3d 290, 293 n.7 (5th Cir. 1993)).

## DISCUSSION

After careful consideration of the filings and the record, the Court **ADOPTS** the Magistrate Judge's Recommendation as the opinion of the Court. The Court finds that Judge Howell's analysis is reasonable and absent of clear error.

Upon reviewing the record, it appears that Plaintiff has not complied with Judge Howell's orders and further seems to have entirely abandoned his case. Indeed, he has not filed anything in this case in nearly two years. Accordingly, the Court agrees that under these circumstances, a dismissal for failure to prosecute is appropriate here.

Having carefully reviewed the Magistrate Judge's findings and the applicable law, the Court finds no clear error and agrees with the reasoning and recommendations set forth in the Report and Recommendation. Thus, the Court **ADOPTS** Judge Howell's Report in full. (Dkt. # 10.) Accordingly, the Court dismisses Plaintiff's claims **WITHOUT PREJUDICE**.

CONCLUSION

For the reasons given, the Court **ADOPTS** U.S. Magistrate Judge Dustin Howell's Report and Recommendation. (Dkt. # 10.) **IT IS ORDERED** that Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to **CLOSE THE CASE.**

**IT IS SO ORDERED**.

**DATED:** Austin, Texas, September 28, 2026

Hon. David Alan Ezra
Senior U.S. District Judge